No. 882.   KIRK v. HEINZE, WARDEN.   March 10, 1947. Petition for writ of certiorari to the Supreme Court of California denied.

No. 891.   WATKINS v. SMYTH, SUPERINTENDENT. March 10, 1947.   Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied.   W. A. Hall, Jr. for petitioner.

No. 895.   HABERMANN v. NEW YORK.   March 10, 1947. Petition for writ of certiorari to the Court of General Sessions of New York County, New York, denied.

No. 897.   KYNETTE v. DUFFY, WARDEN; and
No. 984.   MANDELL v. DUFFY, WARDEN.   March 10, 1947.   Petitions for writs of certiorari to the Supreme Court of California denied.

No. 1039.   RHODES v. NIERSTHEIMER, WARDEN.

No. 1053.   BURNER v. NIERSTHEIMER, WARDEN.

No. 1054.   BRANCATO v. ILLINOIS; and
No. 1056.   THOMPSON v. RAGEN, WARDEN.

March 10, 1947.   Denied.